```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 14-05111-JJT
William James Nearhood                                          Chapter 13
        Debtor             CERTIFICATE OF NOTICE

District/off: 0314-4          User: REshelman            Page 1 of 1            Date Rcvd: Dec 14, 2017
                              Form ID: 3180W             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
db             +William James Nearhood,    101 Tammenend Road,    Port Matilda, PA 16870-9315
4566761        +DIRECT MERCHANTS BANK,    PAYMENT CENTER,    P.O. BOX 71105,    CHARLOTTE, NC 28272-1105
4597150         M&T BANK,   PO BOX 1508,    BUFFALO, NY 14240-1508
4566768        +PATENAUDE & FELIX, APC,    4545 MURPHY CANYON RD.,    3RD FLOOR,    SAN DIEGO, CA 92123-4363
4588403        +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4861498         EDI: ECMC.COM Dec 14 2017 18:58:00      ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
4861499         EDI: ECMC.COM Dec 14 2017 18:58:00      ECMC,   PO Box 16408,    St. Paul, MN 55116-0408,    ECMC,
                 PO Box 16408,    St. Paul, MN 55116-0408
4566762        +EDI: RMSC.COM Dec 14 2017 18:58:00      GE CAPITAL RETAIL BANK,    ATTN: BANKRUPTCY DEPT.,
                 P.O. BOX 103104,    ROSWELL, GA 30076-9104
4566763        +EDI: RMSC.COM Dec 14 2017 18:58:00      LOWE'S/GECRB,    P.O. BOX 530914,
                 ATLANTA, GA 30353-0914
4566764         E-mail/Text: camanagement@mtb.com Dec 14 2017 18:55:56      M&T BANK,    P.O. BOX 64679,
                 BALTIMORE, MD  21264
4588843         E-mail/Text: camanagement@mtb.com Dec 14 2017 18:55:56      M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240-1288
4566765         E-mail/Text: camanagement@mtb.com Dec 14 2017 18:55:56      M&T BANK,
                 CREDIT CARD PAYMENT PROCESSING,    P.O. BOX 62014,    BALTIMORE, MD  21264
4566766         E-mail/Text: camanagement@mtb.com Dec 14 2017 18:55:56      M&T BANK,    P.O. BOX 62182,
                 BALTIMORE, MD  21264
4613258         EDI: PRA.COM Dec 14 2017 18:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4566770        +EDI: RMSC.COM Dec 14 2017 18:58:00      SAM'S CLUB DISCOVER/SYNCB,    P.O. BOX 960013,
                 ORLANDO, FL 32896-0013
4566771        +EDI: CHASE.COM Dec 14 2017 18:58:00      SLATE,    CARDMEMBER SERVICE,    P.O. BOX 15153,
                 WILMINGTON, DE 19886-5153
4566772        +EDI: RMSC.COM Dec 14 2017 18:58:00      SYNCHRONY BANK,    ATTN: BANKRUPTCY DEPT.,
                 P.O. BOX 965060,    ORLANDO, FL 32896-5060
4566773        +EDI: RMSC.COM Dec 14 2017 18:58:00      WALMART DISCOVER/GECRB,    P.O. BOX 960024,
                 ORLANDO, FL 32896-0024
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4566767        PEGGY ANN NEARHOOD
4566769        PNC BANK
cr*            ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Donald M Hahn    on behalf of Debtor 1 William James Nearhood dhahn@nittanylaw.com
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

| | | |
|---|---|---|
| Debtor 1 | **William James Nearhood** | Social Security number or ITIN  **xxx–xx–2932** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Middle District of Pennsylvania**

Case number:  **4:14–bk–05111–JJT**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William James Nearhood

**By the court:**  *[signature]*

December 14, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: REshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**